## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00994-PSF-CBS

JAMES E. LAPLANT,

    Plaintiff,

v.

EMCO ENTERPRISES, INC.,
a Minnesota corporation,

    Defendant.

_____

### ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

The Court, having reviewed the Unopposed Motion to Modify Scheduling Order submitted by Defendant EMCO Enterprises, Inc., and being advised,

HEREBY ORDERS that the Motion is GRANTED.  The Scheduling Order in this matter dated July 11, 2006 is modified as follows:

1. The deadline for designating experts upon which a party has the burden of proof, § 8.d.(3) of the Scheduling Order, is changed from November 1, 2006, to **December 1, 2006**;

2. The deadline for rebuttal expert disclosures, § 8.d.(3) of the Scheduling Order, is changed from December 15, 2006, to **January 15, 2007**;

3. The discovery cutoff date, § 8.b, is changed from January 15, 2007 to **February 15, 2007**; and

4.      The dispositive motion deadline is extended to **February 15, 2007**.

*All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 2nd day of October, 2006.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          Craig B. Shaffer
                                          United States Magistrate Judge