IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00994-PSF-CBS

JAMES E. LAPLANT,

    Plaintiff,

v.

EMCO ENTERPRISES, INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 20). The Court, having reviewed the stipulation and being fully advised, hereby

ORDERS that this case and all claims brought or which could have been brought in this action shall be DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

DATED: December 28, 2006

BY THE COURT:

*s/ Marcia S. Krieger for*

_____
Phillip S. Figa
United States District Judge